# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## ORDER

March 10, 2011

### BEFORE

### RICHARD D. CUDAHY, *Circuit Judge*

| | |
|---|---|
| | PAUL D. KIORKIS, <br> Petitioner |
| No.: 10-1397 | v. |
| | ERIC H. HOLDER, JR., Attorney General of the United States, <br> Respondent |
| **Originating Case Information:** | |
| Agency Case No: A046-101-699 <br> Board of Immigration Appeals | |

Upon consideration of the **RESPONDENT'S MOTION TO AMEND AGENCY NO. A04-101-699**, filed on March 7, 2011, by counsel for the respondent,

**IT IS ORDERED** that the motion is **GRANTED**. The conclusion of the opinion is amended to read, " For all of the reasons set forth above, the ruling of the Board of Immigration Appeals is AFFIRMED".

form name: **c7_Order_3J**(form ID: **177**)